**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHARON NEAL,** | : | |
| **Plaintiff** | : | **No. 1:13-cv-02309** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **STATE FARM MUTUAL AUTOMOBILE** | : | |
| **INSURANCE COMPANY,** | : | |
| **Defendant** | : | |

**ORDER**

**AND NOW**, on this 18th day of February 2014, **IT IS HEREBY ORDERED THAT**

Defendant's motion to dismiss (Doc. No. 8) is **GRANTED IN PART AND DENIED IN PART**

as follows:

> 1. Count Five (Deceit), and the claim for attorney's fees in Count Two are dismissed.
>
> 2. Counts One (MVFRL), Three (Bad Faith), and Four (UTPCPL) are not dismissed.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania