**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHARON NEAL,** | : | |
|     **Plaintiff** | : | No. 1:13-cv-02309 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **STATE FARM MUTUAL AUTOMOBILE** | : | |
| **INSURANCE COMPANY,** | : | |
|     **Defendant** | : | |

# ORDER

**AND NOW**, on this 12th day of May 2015, **IT IS HEREBY ORDERED THAT** Defendant's motion for partial summary judgment (Doc. No. 19) is **GRANTED** and summary judgment is awarded to Defendant on Counts One, Three and Four of Plaintiff's complaint.  **IT IS FURTHER ORDERED THAT** Defendant's motion to bifurcate the trial (Doc. No. 26) is **DENIED AS MOOT**.  The Clerk of Court is directed to **DEFER** entering judgment pending disposition of Plaintiff's Breach of Contract Claim.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
